```
                                              FILED IN THE
                                          U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF WASHINGTON

                                           Feb 13, 2026
                                          SEAN F. McAVOY, CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIAN LEE YOUNG, | No.  4:25-CV-05163-RLP |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS |
| MONICA ANGELIQUE DAVIS, | |
| Defendant. | |

    Plaintiff, an individual currently incarcerated at Coyote Ridge Corrections Center, filed this *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 on November 25, 2025. ECF No. 1. He did not pay the filing fee to commence the action as required by 28 U.S.C. § 1914. Plaintiff submitted the incorrect form for his application to proceed *in forma pauperis*. ECF No. 3. The application that Plaintiff submitted is used for individuals who are not in custody. Plaintiff also failed to provide the required Acknowledgment and Authorization form, acknowledging his obligation to pay the $350.00 filing fee under 28 U.S.C. §

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS - 1

1915 and authorizing the agency having custody of him to calculate, withdraw, and disperse funds from his inmate trust fund account.

On January 7, 2026, this Court issued an Order to Comply with Filing Fee/*In Forma Pauperis* Requirements. ECF No. 6. Plaintiff was directed to submit a completed Declaration and Application to Proceed *In Forma Pauperis* By a Prisoner Bringing a Civil Rights Action Pursuant to 42 U.S.C. § 1983, including the completed Acknowledgment and Authorization. *Id*. at 2-3. In the alternative, Plaintiff was instructed to pay the full $405.00 filing fee. *Id*. Plaintiff was cautioned that failure to comply with the Order within thirty (30) days would result in the dismissal of this case. *Id*. Plaintiff did not comply with these directives and has filed nothing further in this action.

Accordingly, **IT IS HEREBY ORDERED:**

1. For the reasons set forth above and, in the Court's prior Order, ECF No. 6, this action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

2. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS - 2

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order, **enter judgment**, provide copies to Plaintiff, and **CLOSE** the file.

**DATED** February 13, 2026.

_____
REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE